IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02077-BNB

EMIL A. HALIM,

Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 30 2006

GREGORY C. LANGHAM
CLERK

ORDER DISMISSING CASE

This matter is before the Court on the document titled "Complaint" that Plaintiff Emil A. Halim submitted *pro se* and the Court filed on November 7, 2006. In the document, Mr. Halim informs the Court that he wants to withdraw from the case.

The Court must construe liberally the November 7, 2006, document titled "Complaint" because Mr. Halim has filed the document on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the November 7 document liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is

effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See **Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the document titled "Complaint" that Plaintiff Emil A. Halim submitted *pro se* and the Court filed on November 7, 2006, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of November 7, 2006, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that the motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 29 day of Nov., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02077-BNB

Emil A. Halim
704 W. Crestline Ave.
Littleton, CO 80120

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/30/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk